UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**TAYLOR NEUBAUER,**
individually and on behalf of
all others similarly situated,

       Plaintiff,                          CASE NO. 22-CV-236

      v.

**SPERL INC.,**
d/b/a Subway,

      and

**MICHELLE L. SPERL,**

       Defendants.

## JOINT MOTION FOR PRELIMINARY APPROVAL OF RULE 23 AND 29 U.S.C. § 216(b) SETTLEMENT AGREEMENT

Plaintiff Taylor Neubauer, individually and on behalf of all others similarly situated, and Defendants Sperl, Inc., d/b/a Subway and Michelle L. Sperl (collectively the "Parties"), through their respective undersigned counsel, submit this Joint Motion for Preliminary Approval of Rule 23 and 29 U.S.C. § 216(b) Settlement Agreement. This joint motion is made, and the classes are certified, only as a condition of and for purposes of the settlement reached between the Parties in this matter. The Parties, through negotiation, reached a settlement in this case. In connection with this settlement, the Parties respectfully move the Court for the following:

    1.      An Order preliminarily approving the Settlement Agreement and Release (Dkt. No. 17-1) (the "Agreement") as fair, reasonable, and adequate;

2. An Order certifying this case as a collective action under 29 U.S.C. § 216(b) for the Collective Class, pursuant to the Parties' Stipulated Motion for Collective Certification Pursuant to 29 U.S.C. § 216(b) (Dkt. No. 17-4);

3. An Order certifying this case as a class action for settlement purposes only under Federal Rule of Civil Procedure 23 for the Wisconsin Class, pursuant to the Parties' Stipulated Motion for Class Certification Pursuant to Federal Rule of Civil Procedure 23 (ECF No. 17-3);

4. Appointing Taylor Neubauer as Class Representative for the Wisconsin Class and Collective Class;

5. Appointing Hawks Quindel, S.C., as Class Counsel ("Class Counsel") pursuant to Fed. R. Civ. P. 23(g);

6. An Order approving the Notices attached as Exhibit G to the Settlement Agreement (Dkt. Nos. 17-7) to be distributed to all putative members of the Wisconsin Class and the Collective Class;

7. An Order approving that the provision of the Notice by USPS First Class Mail to the individuals identified on Exhibit A constitutes the best notice practicable under the circumstances, including individual notice to all members of the Wisconsin Class and the Collective Class who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to the members of the Wisconsin Class and the Collective Class in full compliance with the requirements of applicable law, including the due process clause of the United States Constitution;

8. An Order requiring that, within seven (7) days of the Court's Order Granting Preliminary Approval of Settlement, Defendants' Counsel shall produce an Excel spreadsheet

with the last known addresses of the Wisconsin Class and Collective Class members to Class Counsel;

9. An Order requiring that, within fourteen (14) calendar days of receiving the Excel spreadsheet from Defendants, Class Counsel shall mail the Notice to the putative members of the Wisconsin Class and the Collective Class;

10. An Order that that each potential member of the Wisconsin Class who wishes to be excluded from the settlement must opt out per the instructions set forth in the Notice, and that their response must be received by the date set forth in the Court's Order Granting Preliminary Approval of Settlement;

11. An Order that any member of the Wisconsin Class who has not properly and timely requested exclusion from the Wisconsin Class shall be bound by the settlement in the event the Court issues a Final Order Approving Settlement;

12. An Order that any member of the Wisconsin Class who wishes to object in any way to the Settlement Agreement must file and serve such written objections per the instructions set forth in the Notice no later than thirty days after the mailing of the Notice, together with copies of all papers in support of their position, and the Notice shall state that the Court will not consider objections of any the Wisconsin Class who has not properly served copies of his or her objections on a timely basis;

13. An Order that each member of the Collective Class who wishes to make a claim under the FLSA as provided for in the Settlement Agreement must return a signed opt-in form per the instructions set forth in the Notice, and that their opt-in form must be faxed, e-mailed, or post-marked and addressed to or received by Class Counsel by the date set forth in the Notice (the "Opt-In Period");

14. An Order that a Fairness Hearing will be held to determine whether the Settlement Agreement should be approved as fair, reasonable, and adequate, the amount of attorneys' fees and costs to be awarded to Class Counsel, and whether the proposed Final Order Approving Settlement should be entered;

15. An Order that Class Counsel shall file a Motion for Approval of Attorneys' Fees and Costs no later than twenty-one (21) calendar days prior to the Fairness Hearing;

16. An Order that no later than fourteen (14) calendar days prior to the Fairness Hearing, the Parties shall jointly move for a Final Order Approving Settlement; and

17. An Order that any supplemental brief in support of final approval of the Agreement or in response to any objections to the application for attorneys' fees be filed at least seven (7) calendar days before the Fairness Hearing.

Dated this 7th day of October 2022.

    CRIVELLO CARLSON, S.C.
    Attorneys for Defendants Sperl INC, d/b/a Subway and Michelle Sperl

    By: _s/ Matthew J. Tobin_
        PATRICK W. BRENNAN
        State Bar No. 1014688
        MATTHEW J. TOBIN
        State Bar No. 1097545

**Post Office Address**:
710 N. Plankinton Avenue
Suite 500
Milwaukee, Wisconsin 53203

    HAWKS QUINDEL, S.C.
    Attorneys for Plaintiff Taylor Neubauer

          By:  *s/ Timothy P. Maynard*
              TIMOTHY P. MAYNARD
              State Bar No. 1080953
              LARRY A. JOHNSON
              State Bar No. 1056619
              SUMMER H. MURSHID
              State Bar No. 1075404

**Post Office Address:**
5150 N. Port Washington Road
Suite 243
Milwaukee, Wisconsin 53217