IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**TAYLOR NEUBAUER, individually and
on behalf of all others similarly situated,**

      **Plaintiff,**                             Case No. 22-cv-236-slc

            v.

**SPERL, INC., d/b/a Subway and
MICHELLE L. SPERL,**

      **Defendants.**

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiff Taylor Neubauer ("Named Plaintiff"), on behalf of herself and the certified Rule 23 Class Members and 29 U.S.C. § 216(b) Collective Members (collectively "Class Members") and Defendants Sperl, Inc. d/b/a Subway and Michelle L. Sperl, by and through their Counsel, submit this Joint Motion for Final Approval of Settlement. This Motion is supported by the Parties' Brief in Support of this Motion as well as the declarations of Attorneys Timothy P. Maynard and Matthew J. Tobin. The Parties further state as follows:

1. On October 21, 2022, the Court entered an Order granting the Parties' Joint Motion for Preliminary Approval and Class Certification, which found the settlement agreement was likely to be approved as fair, reasonable, and adequate, certified the Classes pursuant to Rule 23 and 29 U.S.C. § 216(b). (Dkt. No. 27.) The Court subsequently approved the form and content of the Notice sent to Class Members and set the fairness hearing for final approval of this settlement for January 27, 2023 at 11 a.m. (ECF No. 48.)

2. Pursuant to the Court's Orders preliminarily approving the settlement and authorizing notice, Plaintiff's motion for approval of attorneys' fees and costs is currently pending in this matter. (ECF Nos. 45—49.)

3. The Parties have carried out their obligations to provide notice to the Class Members pursuant to the Court's Orders and the Settlement Agreement. In total, 34 members of the Collective Class have opted-into the settlement and no Class Members have objected or excluded themselves from the settlement.

ACCORDINGLY, the Parties respectfully request that the Court enter an Order finally approving their Settlement Agreement as set forth in the attached Proposed Order.

Dated this 6th day of January 2023.

    CRIVELLO CARLSON, S.C.
    Attorneys for Defendants Sperl INC, d/b/a
    Subway and Michelle Sperl

    By: *s/ Matthew J. Tobin*
        PATRICK W. BRENNAN
        State Bar No. 1014688
        MATTHEW J. TOBIN
        State Bar No. 1097545

**Post Office Address**:
710 N. Plankinton Avenue
Suite 500
Milwaukee, Wisconsin 53203

Dated this 6th day of January 2023.

    HAWKS QUINDEL, S.C.
    Attorneys for Plaintiff Taylor Neubauer

    By: *s/ Timothy P. Maynard*
        Timothy P. Maynard
        State Bar No. 1080953
        Larry A. Johnson
        State Bar No. 1056619
        Summer H. Murshid
        State Bar No. 1075404

**Post Office Address:**
5150 N. Port Washington Road
Suite 243
Milwaukee, Wisconsin 53217