IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAYLOR NEUBAUER, individually and
on behalf of all others similarly situated,

        Plaintiff,                      Case No. 22-cv-236-slc

                v.

SPERL, INC., d/b/a Subway and
MICHELLE L. SPERL,

        Defendants.

## ORDER

On October 7, 2022, the Parties filed a Joint Motion for Preliminary Approval of Class and Collective Action Settlement and explained why they believe the settlement agreement reflects a reasonable compromise of the disputed issues. (Dkt. No. 19.) The Parties' Settlement Agreement ("Settlement Agreement") was attached to their motion. (Dkt. No. 19-1.) Pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), the Court granted preliminary approval, approved the form and content of the notice, and authorized the sending of notice. (Dkt. Nos. 27, 30.) Plaintiffs filed their motion for approval of attorneys' fees and costs (ECF No. 45) and for final approval of the Settlement Agreement. (ECF No. 50.) The Court conducted a fairness hearing on January 27, 2023.

Based on the materials filed with the Court seeking approval of this Settlement Agreement, IT IS HEREBY ORDERED:

    1.    The Named Plaintiff Neubauer and Class Counsel have adequately represented the Collective Class and Rule 23 Class.

    2.    After the exchange of payroll and timekeeping data, the Parties engaged in arms-length negotiations which resulted in a resolution of the claims in Named Plaintiff's complaint.

3. The Rule 23 Class consists of 126 members who each will receive an average recovery of $25.48 in exchange for the release of their Wisconsin law claims as alleged in the Complaint, after attorneys' fees and costs. The members of the Rule 23 Class will receive their portion of the Wisconsin Settlement Fund payment as provided in the Parties' Settlement Agreement without any claims made process. In light of the risks and costs associated with continued litigation, trial, and potential appeals, the Rule 23 Class's recovery is fair, adequate, and reasonable.

4. The final Collective Class consists of 34 opt-in plaintiffs who each will receive an average recovery of $64.00 in exchange for the release of their FLSA claims as alleged in the Complaint, after attorneys' fees and costs. The Collective Class's members have been provided notice of the proposed settlement, their rights therein, and have had sufficient opportunity to assert their rights in this matter by returning a consent form provided with the notice. In light of the risks and costs associated with continued litigation, trial, and potential appeals, the Collective Class's recovery is fair, adequate, and reasonable.

5. Therefore, the Court finds that the Settlement Agreement (ECF No. 19-1) is fair, reasonable, and adequate as it represents a reasonable compromise of bona fide disputes between the Parties and GRANTS the Parties' Joint Motion for Final Settlement Approval.

6. The Court finds that Class Counsel's request for a service award in the amount of $300.00 to Named Plaintiff Taylor Neubauer and $200.00 to Opt-in Plaintiff Harlie Krueger is reasonable and GRANTS that request.

7. The Court finds that Class Counsel's request for attorneys' fees, $16,832.16, is reasonable and GRANTS that request.

8. The Court finds that Class Counsel's request for $747.84 in costs is reasonable and GRANTS that request.

9. The Parties shall comply with the terms of their Settlement Agreement. The Court orders Defendants to make the settlement payments provided for in the Parties' Settlement Agreement in accordance with the terms and conditions of the Settlement Agreement.

10. Specifically, the Court ORDERS that Defendants, within thirty days of this Order, deliver to Class Counsel the following payments to Plaintiff, the Collective Class Members, and the Rule 23 Classes Members identified below, in the following amounts:

| Name | Service Payment | Collective W2 Payment | Collective 1099 Payment | WI W2 Payment | WI 1099 Payment |
|---|---|---|---|---|---|
| Bansemer, Ciera | | | | $3.33 | $1.67 |
| Barrios, Deeva | | | | $3.33 | $1.67 |
| Bertsinger, Renee | | $2.50 | $2.50 | $3.33 | $1.67 |
| Bicknell, Brandy | | | | $3.33 | $1.67 |
| Blaedow, Chase | | | | $3.33 | $1.67 |
| Blume, Kaden | | $2.50 | $2.50 | $3.33 | $1.67 |
| Botello, Deanna | | | | $10.79 | $5.39 |
| Bratland, Natasha | | $25.87 | $25.87 | $34.49 | $17.25 |
| Breneman, Makayla | | | | $3.33 | $1.67 |
| Carmen, Alizabelle | | | | $3.33 | $1.67 |
| Ching, Kiah | | $2.50 | $2.50 | $3.33 | $1.67 |
| Clark, Ruthie | | | | $3.33 | $1.67 |
| Clausnitzer, Delani | | $2.50 | $2.50 | $3.33 | $1.67 |
| Cynor, Victoria | | | | $3.33 | $1.67 |
| Davis, Hunter | | | | $3.33 | $1.67 |
| Ditsch, Steven | | $2.50 | $2.50 | $3.33 | $1.67 |
| Dombezski, Emma | | | | $3.33 | $1.67 |
| Dommer, Levi | | | | $6.83 | $3.42 |
| Drallmeier, Trevon | | | | $3.33 | $1.67 |
| Draszkiewicz, Christina | | | | $3.33 | $1.67 |

| Name | | | | | |
|---|---|---|---|---|---|
| Drolshagen, Brittany | | | | $3.33 | $1.67 |
| Edblom, Lexus | | | | $4.69 | $2.35 |
| Fisher, Brianna | | | | $13.32 | $6.66 |
| Fisher, Hailey | | | | $3.33 | $1.67 |
| French, Janice | | | | $3.33 | $1.67 |
| Froeba, Amy | | | | $3.33 | $1.67 |
| Froeba, Lillyn | | | | $3.33 | $1.67 |
| Froeba, Lukas | | | | $3.33 | $1.67 |
| Frombach, Seairra | | | | $3.33 | $1.67 |
| Ferrari, Mary | | | | $3.33 | $1.67 |
| Genchi-Zamora, Christian | | | | $3.65 | $1.82 |
| Gonzalez, Jessica | | | | $7.48 | $3.74 |
| Gruber, Syrus | | | | $3.33 | $1.67 |
| Hamm, Jon | | | | $7.37 | $3.68 |
| Hamm, Shana | | | | $35.45 | $17.73 |
| Hartwig, Vanessa | | | | $3.33 | $1.67 |
| Hildebrandt, Hunter | | $189.47 | $189.47 | $252.62 | $126.31 |
| Hill, Jordan | | $2.50 | $2.50 | $3.33 | $1.67 |
| Hinde, Andrea | | $2.50 | $2.50 | $3.33 | $1.67 |
| Hinz, Misty | | | | $3.33 | $1.67 |
| Hoefs, Jennifer | | $2.50 | $2.50 | $3.33 | $1.67 |
| Hurd, Rebecca | | | | $3.33 | $1.67 |
| Jacobsen, Nicole | | | | $3.33 | $1.67 |
| Jakobi, Hunter | | | | $3.33 | $1.67 |
| Jakobi, Maureen | | | | $3.33 | $1.67 |
| Jeronimo Cano, Alonzo | | $2.50 | $2.50 | $3.33 | $1.67 |
| Jeronimo-Cano, Yahir | | $2.50 | $2.50 | $3.33 | $1.67 |
| Jones, Aaron | | | | $3.33 | $1.67 |
| King, Austin | | | | $3.33 | $1.67 |
| Kraemer, Haley | | | | $3.33 | $1.67 |
| Kraemer, Makala | | | | $3.33 | $1.67 |
| Krause, Shannon | | | | $3.33 | $1.67 |
| Kraemer, Haley | | $2.50 | $2.50 | $3.33 | $1.67 |
| Krueger, Harlie | $200.00 | $92.50 | $92.50 | $123.33 | $61.67 |
| Loos, Ambrosia | | | | $3.33 | $1.67 |
| Lopez, Gloria | | | | $3.33 | $1.67 |
| Lopez-Calhoun, Olivia | | | | $3.33 | $1.67 |

| Name | | | | | |
|---|---|---|---|---|---|
| Lueneburg, Keylee | | $2.50 | $2.50 | $3.33 | $1.67 |
| Lull, Crystal | | $96.96 | $96.96 | $129.28 | $64.64 |
| Marquardt, Brody | | | | $3.33 | $1.67 |
| Martens, Shyanne | | | | $5.99 | $2.99 |
| Martinez, Angelo | | | | $3.33 | $1.67 |
| Martyn, Max | | | | $5.88 | $2.94 |
| Melbust, Jillian | | | | $3.33 | $1.67 |
| Merrill, Elizabeth | | | | $3.33 | $1.67 |
| Meyer, Jayda | | | | $34.86 | $17.43 |
| Monroe, Malcolm | | | | $3.33 | $1.67 |
| Muehlbauer, Caleb | | | | $3.33 | $1.67 |
| Mueller, Charles | | | | $3.33 | $1.67 |
| Nelson, Audreigh | | | | $3.33 | $1.67 |
| Neubauer, Desirae | | $2.50 | $2.50 | $3.33 | $1.67 |
| Neubauer, Taylor | $300.00 | $145.31 | $145.31 | $193.75 | $96.87 |
| Neuberry, Dana | | $2.50 | $2.50 | $3.33 | $1.67 |
| Nicks, Cassandra | | | | $3.33 | $1.67 |
| Niemi, Susie | | | | $3.33 | $1.67 |
| Nutter, Jennifer | | $119.59 | $119.59 | $159.46 | $79.73 |
| Nutter, Xavier | | $2.50 | $2.50 | $3.33 | $1.67 |
| Osprowski, Shawna | | | | $3.33 | $1.67 |
| Patterson, Destynee | | | | $3.33 | $1.67 |
| Pester, Charity | | | | $19.22 | $9.61 |
| Pester, Maddy | | | | $3.33 | $1.67 |
| Peterson, Carmen | | $2.50 | $2.50 | $3.33 | $1.67 |
| Peterson, Erica | | $2.50 | $2.50 | $3.33 | $1.67 |
| Poehler, Oscar | | $2.50 | $2.50 | $3.33 | $1.67 |
| Purdy, Michelle | | $70.78 | $70.78 | $94.37 | $47.18 |
| Quick, Autumn "Luca" | | | | $3.33 | $1.67 |
| Ramirez, Jay | | | | $3.33 | $1.67 |
| Ray, Alli | | $3.18 | $3.18 | $4.24 | $2.12 |
| Reinhart, Brittany | | | | $3.33 | $1.67 |
| Reynolds, Ann | | $2.50 | $2.50 | $3.33 | $1.67 |
| Reynolds, Kollin | | | | $3.33 | $1.67 |
| Reynolds, Paige | | | | $31.35 | $15.68 |
| Robinson, Dee | | | | $32.84 | $16.42 |
| Schmidtke, Jacob | | | | $3.33 | $1.67 |

| Name | | | | | |
|---|---|---|---|---|---|
| Schneider, Tammy | | | | $3.33 | $1.67 |
| Scott, Jadyn | | $2.50 | $2.50 | $3.33 | $1.67 |
| Shatwell, Graci | | $2.50 | $2.50 | $3.33 | $1.67 |
| Sherman, Taylor | | | | $3.33 | $1.67 |
| Smith, Cody | | | | $3.33 | $1.67 |
| Smith, Myah | | | | $3.33 | $1.67 |
| Spencer, Maddie | | | | $3.81 | $1.91 |
| Sperl, Grace | | | | $3.33 | $1.67 |
| Sperl, Hailey | | | | $3.33 | $1.67 |
| Sperl, Lexi | | $68.23 | $68.23 | $90.98 | $45.49 |
| Sperl, Rain | | | | $39.49 | $19.74 |
| Spor, Chandler | | | | $3.33 | $1.67 |
| Spor, Jenni | | | | $3.33 | $1.67 |
| Steinke, Keeley | | | | $3.33 | $1.67 |
| Taylor, Isabella | | | | $3.33 | $1.67 |
| Tetzlaff, Jojo | | | | $3.33 | $1.67 |
| Timm, Taya | | | | $6.94 | $3.47 |
| Timmers, Tyler | | $2.50 | $2.50 | $3.33 | $1.67 |
| Tlusty, Quinton | | | | $3.33 | $1.67 |
| Vittallo, Mikayla | | $216.17 | $216.17 | $288.23 | $144.12 |
| Waide, Dalton | | | | $3.33 | $1.67 |
| Weiland, Olivia | | $2.50 | $2.50 | $3.33 | $1.67 |
| Weiler, Hailey | | | | $3.33 | $1.67 |
| Weiler, Lexi | | | | $3.33 | $1.67 |
| Weiler, Mindy | | | | $3.33 | $1.67 |
| Weinzatl, Alex | | | | $3.33 | $1.67 |
| Weis, Ashley | | | | $3.33 | $1.67 |
| White, Dorothy | | $2.50 | $2.50 | $3.33 | $1.67 |
| Wichelman, Christina | | | | $3.33 | $1.67 |
| Wiitala, Jasmine | | | | $3.33 | $1.67 |
| Wisniewski, Tia | | | | $158.66 | $79.33 |
| Zepeda, Mercedes | | | | $17.29 | $8.65 |
| **Grand Total** | **$500.00** | **$1,088.06** | **$1,088.06** | **$2,140.00** | **$1,070.00** |

11. The Court ORDERS that Defendants, within thirty days of this Order, deliver the above awarded Attorneys' Fees in the amount of $16,832.16 and Costs in the amount of $747.84 to Class Counsel, Hawks Quindel, S.C.

12. By consent of the Parties, the Court shall retain jurisdiction for the sole purpose of interpreting, implementing, and enforcing the terms of the Settlement Agreement and this Order.

13. Except as otherwise stated herein, the claims of the Collective Class and the Rule 23 Class, as alleged in the Complaint, are hereby DISMISSED with prejudice and without further costs to either party.

Dated this 1ST day of MAY, 2023.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge